# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

EVAN RATCLIFF,

        Plaintiff(s),

v.

BRIAN WILLIAMS et al.,

        Defendant(s).

2:21-cv-00292-ART-VCF

**ORDER**

Before the court is defendants' motion to extend the global settlement conference set for April 29, 2022 (ECF No. 13).

Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that defendants' motion to extend the global settlement conference set for April 29, 2022 (ECF No. 13) is GRANTED.  The court will re-set the settlement conference at a later date.

DATED this 22nd day of April 2022.

                                                                                            _____

                                                                                           CAM FERENBACH
                                                                                           UNITED STATES MAGISTRATE JUDGE