# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

EVAN RATCLIFF

       Plaintiff,

v.

BRIAN WILLIAMS et al.,

       Defendants.

Case No. 2:21-cv-00292-ART-MDC

**ORDER GRANTING**

**STIPULATION TO
DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff, Evan Ratcliff, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

The Parties have resolved this matter in its entirety, the terms of the agreement have been satisfied, and the parties agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 6th day of April, 2026.   DATED this 6th day of April, 2026.

By: _____
EVAN RATCLIFE #96345
Plaintiff
*Pro Se*

By: /s/ *Rudolf M. D'Silva*
RUDOLF M. D'SILVA, (Bar No. 16227)
Deputy Attorney General
Attorneys *for Defendants*

**ORDER:**

   **IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
Anne R. Traum
United States District Judge

Dated: <u>April 7, 2026</u>